AO 91 (Rev. 02/09)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

United States District Court
Southern District of Texas
FILED

AUG 06 2021

Nathan Ochsner, Clerk

| | |
|---|---|
| United States of America<br>v.<br>Angel Efren ROCHA<br>COB: USA<br>YOB: 2001<br><br>*Defendant* | ) ) ) ) ) )  Case No.  7:21-mj-1691-1 |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date of __01/21/2021__ in the county of __Hidalgo__ in the __Southern__ District of __Texas__, the defendant violated __18__ U. S. C. § __2252A (a) (5) (B)__, an offense described as follows:

Knowingly posesses or knowingly accesses with the intent to view, any book, magazine, periodical, film, videotape, computer disk, or any other material that contains an image of child pornography that has been mailed, shipped, or transported using any means or facility of interstate or foreign commerce or in or affecting interstate or foreign commerce by any means, including by computer, or that was produced using materials that have been mailed, or shipped or transported in or affecting interstate or foreign commerce by any means, including by computer.

This criminal complaint is based on these facts:
See Attachment A

☑ Continued on the attached sheet.

*Approved by AUSA D. Walker*

Submitted by reliable electronic means, sworn to and attested to telephonically per Fed. R. Cr.4.1, and probable cause found on:

Sworn to before me and signed in my presence.

Date: __August 6, 2021 at 8:09 a.m.__

City and state: __McAllen, Texas__

/S/ Eddie A. Ramirez
*Complainant's signature*

Eddie Ramirez., HSI Special Agent
*Printed name and title*

*Judge's signature*

J. Scott Hacker, U.S. Magistrate Judge
*Printed name and title*

ATTACHMENT A

Homeland Security Investigations (HSI) Special Agents (SAs) with the Rio Grande Valley Child Exploitation Investigations Task Force (RGV CEITF) received information from Dropbox, Inc., about an account with suspicious activity. On January 22, 2021, Dropbox, Inc. reported an user account to the National Center for Missing and Exploited Children (NCMEC) for suspected child pornography. On that same date, Dropbox shut down the account, which prevented the account user from further accessing the files stored in the account. NCMEC reviewed the files and determined them to contain apparent child pornography. The listed e-mail address for the account was awesome6359.ar@gmail.com, registered back to a person residing in the Rio Grande Valley. HSI SAs were able to retrieve the files and reviewed the images and videos, which depicted young children engaged in sexually explicit conduct, as defined under federal law, which constitute child pornography. HSI SAs determined the images and videos depicted pre-pubescent children.

HSI SAs received a summons return from Google, Inc., regarding the aforementioned e-mail address. The summons revealed the billing name for the account to be Angel E. ROCHA and the billing address to be a residence located in Weslaco, Texas.

On August 05, 2021, SAs made contact with ROCHA. During a post-Miranda interview, ROCHA claimed ownership of the Dropbox account and stated he accessed pictures and videos of child pornography from the Dropbox account beginning approximately in August of 2018. He stated a folder within the Dropbox account was entitled "WHS" and was abbreviated for "Weslaco High School", which contained images of Weslaco High School students. He further stated a separate folder contained child pornography he received from an unidentified third party.

ROCHA stated he used the cell phone he had in his possession at the time of questioning to access the Dropbox account.